■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT SOLOMON, Also Known as ROBERT SALAMAN, Appellant. [679 NYS2d 97] —Judgment, Supreme Court, New York County (Daniel FitzGerald, J.), rendered February 7, 1994, convicting defendant, after a jury trial, of criminal possession of a weapon

in the third degree, and sentencing him, as a second violent felony offender, to a term of 3½ to 7 years, unanimously affirmed.

Defendant's suppression motion was properly denied. We see no reason to disturb the court's credibility determinations, which are supported by the record (*see, People v Prochilo*, 41 NY2d 759, 761). The court's instruction on the "place of business" exception of Penal Law § 265.02 (4) was correct. Defendant was not in his "place of business" when he stood on the street corner near his cab, ostensibly waiting to escort a customer to the cab (*People v Figueroa*, 207 AD2d 670; *see also, People v Powell*, 54 NY2d 524, 531; *People v Buckmire*, 237 AD2d 151, 152, *lv denied* 90 NY2d 902).

We perceive no abuse of sentencing discretion and find that the sentence was not based on any inappropriate criteria. Concur—Lerner, P. J., Milonas, Wallach and Rubin, JJ.